UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81075-CV-MIDDLEBROOKS

JOHN ROMANCHACK, III, et al.,

    Plaintiffs,

v.

AMERICAN CLINICAL SOLUTIONS LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal (DE 21), filed December 26, 2024. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITHOUT PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 3rd day of January 2025.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record